THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Mike Tyrel Salley, Appellant.
 
 
 

Appeal From Aiken County
R. Ferrell Cothran, Circuit Court Judge

Unpublished Opinion No. 2012-UP-091   
 Submitted February 1, 2012  Filed
February 22, 2012

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant. 
 Attorney General Alan Wilson, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Mark R. Farthing, all of Columbia; and Solicitor
 J. Strom Thurmond, Jr., of Aiken, for Respondent.
 
 
 

PER CURIAM:  Mike Tyrel Salley appeals his guilty plea to assault
 with intent to commit first-degree criminal sexual conduct with a minor,
 arguing the trial court erred in finding he was competent to stand trial.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Jeter v.
 State, 308 S.C. 230, 232, 417 S.E.2d 594, 596 (1992)  ("The test of competency to enter a plea is [that] . . . [t]he accused must have sufficient capability to consult with his lawyer with a reasonable degree of rational understanding and have a rational as well as factual understanding of the proceedings against him."); State v. Weik, 356
 S.C. 76, 81, 587 S.E.2d 683, 685 (2002) ("The defendant bears the
 burden of proving his lack of competence by a preponderance of the evidence,
 and the trial [court]'s ruling will be upheld on appeal if supported
 by the evidence and not against its preponderance.").  
AFFIRMED.
WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.